UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHANE PATRICK REAVES,<br><br>    Defendant. | Case No. CR11-116RSL<br><br>ORDER DENYING MOTION FOR MODIFICATION OF SCHEDULE OF PAYMENTS OF RESTITUTION |

This matter comes before the Court on defendant's "First Motion Requesting Modification of the Schedule of Payments of Monetary Penalties-Restitution" (Dkt. # 52). Having considered the facts set forth in the motion and the remainder of the record, the Court DENIES defendant's motion (Dkt. # 52).

DATED this 7th day of June, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION - 1